IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL CORKER,
    Plaintiff,

vs.                                             Case No.: 4:19cv485/WS/EMT

BARBARA HOBBS,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On October 3, 2019, the court directed Plaintiff to file an amended complaint on the court-approved form within thirty (30) days (ECF No. 3). Plaintiff failed to file an amended complaint by the deadline; therefore, on December 30, 2019, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 7). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file an amended complaint or show cause for his failure to do so.[1]

Accordingly, it is respectfully **RECOMMENDED**:

---

[1] The copy of the order of October 3, 2019, which was mailed to Plaintiff, was returned to the court as undeliverable (*see* ECF No. 13). Plaintiff subsequently notified the court that his address changed (*see* ECF No. 5). On January 13, 2020, the court re-sent a copy of the order to Plaintiff at his new address, but he still has not filed an amended complaint.

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 7th day of February 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.   A copy of objections shall be served upon all other parties.   If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.